**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-01722-BNB

JAMES SCOTT DALY,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

    Defendant.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    Plaintiff's Motion for Leave to Supplement the Pleadings filed on August 4, 2009, is GRANTED.

Dated:  August 20, 2009