IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01722-PAB-BNB

JAMES SCOTT DALY,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　　This matter is before the Court on the **Motion for Order re: Expedited Schedule** [docket no. 14, filed September 3, 2009] (the "Motion").

　　　IT IS ORDERED that the Motion is DENIED AS MOOT.


DATED:  September 9, 2009