# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-01722- PAB-BNB

JAMES SCOTT DALY,

    Plaintiff,

v.

DEPARTMENT OF JUSTICE,

    Defendant.

---

## VAUGHN INDEX AND SUPPORTING DECLARATION

---

Defendant, by undersigned counsel, submits the attached Vaughn Index and supporting declaration of Kara Christenson.

    Respectfully submitted,

    DAVID M. GAOUETTE
    United States Attorney

    s/ William Pharo
    *William Pharo*
    Assistant United States Attorney
    1225 Seventeenth Street, Suite 700
    Denver, Colorado 80202
    Phone: (303) 454-0100
    Fax:  (303) 454-0404
    william.pharo@usdoj.gov

    Attorneys for Defendant

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 30th day of November, 2009, I electronically filed the foregoing **VAUGHN INDEX AND SUPPORTING DECLARATION** with the Clerk of the Court using the CM/ECF system, and mailed it to the following non ECF participants:

James Scott Daly
# 25605-198
ADX - Florence
P.O. Box 8500
Florence, CO 81226

                                                                   *s/Annette Dolce*
                                                                   United States Attorney's Office