IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-01722-PAB-BNB

JAMES SCOTT DALY,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

_____

## ORDER
_____

This matter arises on the plaintiff's **Motion for Leave to Amend** [Doc. # 30, filed 12/18/2009] (the "Motion to Amend").  Defense counsel informed me during the settlement conference this afternoon that the defendant does not oppose the Motion to Amend.

IT IS ORDERED that the Motion to Amend is GRANTED.  The Clerk of the Court is directed to accept for filing the Amended Complaint [Doc. # 30-2].

IT IS FURTHER ORDERED that the defendant shall answer or otherwise respond to the Amended Complaint on or before **January 19, 2010**.

IT IS FURTHER ORDERED that the defendant shall submit an updated confidential settlement statement addressing the defendant's position concerning the plaintiff's request to be housed in protective custody.

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

    Dispositive Motions Deadline: **March 31, 2010**

    Status Conference:   The post-briefing status conference set for March 1, 2010, at 10:00 a.m., is VACATED and RESET to **April 30, 2010, at 8:30 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  <u>Plaintiff and his case manager shall contact the court by telephone at 303-844-6408 on the date and time of the status conference to participate.</u>

IT IS FURTHER ORDERED that a copy of this Order shall be sent to:

    CASE MANAGER FOR:
    James Scott Daly  #25605-198
    Florence ADMAX
    U.S. Penitentiary
    P.O. Box 8500
    Florence, CO  81226

Dated January 4, 2010.

                                                BY THE COURT:

                                                s/ Boyd N. Boland
                                                United States Magistrate Judge