IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01722-PAB-BNB

JAMES SCOTT DALY,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

___

**MINUTE ORDER**
___

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Request for Leave to File a Reply to Defendant's Response to Plaintiff's Motion to Seal All Papers and Documents** [docket no. 67, filed July 19, 2010] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED, and the Clerk of the Court is directed to accept for filing the attached Reply.

DATED:  July 20, 2010