IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01722-PAB-BNB

JAMES SCOTT DALY,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

---

### MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Plaintiff's Request for Reasonable Access to Exhibits** [docket no. 89, filed September 14, 2010] (the "Motion").

    IT IS ORDERED that the Motion is DENIED AS MOOT.

DATED: September 17, 2010